**Opinion issued July 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00547-CV

_____

## IN RE J. DOUGLAS SUTTER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, J. Douglas Sutter, has filed a petition for writ of mandamus, requesting that we grant mandamus relief ordering the trial court to vacate its April 22, 2025 order compelling arbitration and abating the case pending arbitration. [1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

---

[1] The underlying case is *J. Douglas Sutter v. Ruben Santillan*, cause number 1244312, pending in County Court at Law #2 of Harris County, the Honorable Jim F. Kovach presiding.